UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNCORA GUARANTEE INC., formerly known as XL CAPITAL ASSURANCE INC.,<br><br>Plaintiff,<br><br>-against-<br><br>EMC MORTGAGE CORPORATION,<br><br>Defendant. | Index No. 09 CV 3106 (PAC)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, Caroline J. Heller, Esq., of Greenberg Traurig, LLP, hereby appears as counsel in this case for the Defendant, EMC Mortgage Corporation, and request that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

September 1, 2010

                                                      /s/ Caroline J. Heller
Caroline J. Heller (CH 8814)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166
(212) 801-9200
hellerc@gtlaw.com

*Attorneys for
Defendant EMC Mortgage
Corporation*

NY 240,576,310v1 9-1-10