USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 8 OCT 2010

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

October 8, 2010

**By E-Mail**

Philip R. Forlenza
Partner
(212) 336-2140
Direct Fax (212) 336-2094
pforlenza@pbwt.com

The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: **Syncora Guaranty, Inc. v. EMC Mortgage Corporation**
> No. CV-09-3016 (PAC)
> **Plaintiff's Request for Adjournment of Pre-Motion Conference**

Dear Judge Crotty:

We are counsel to Syncora Guaranty, Inc., and write to request an adjournment of the pre-motion conference currently scheduled for Wednesday, October 13, at 2:30, in connection with Syncora's request to file a motion for leave to file an amended complaint.

This is the first request for an adjournment and counsel for EMC Mortgage Corporation consent to this request. Counsel are available on the following three alternative dates: November 3, 4, and 10, 2010.

Thank you for your consideration of our request.

Respectfully,

Philip R. Forlenza /shs

PRF:ghg

cc: John M. Callagy, Esq.
Richard A. Edlin, Esq.
Eric N. Whitney, Esq.

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 11/4/10 at 3:30 pm in Courtroom 18-B, not 20C

SO ORDERED: 08 OCT 2010

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE