UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNCORA GUARANTEE INC.,<br><br>                    Plaintiff,<br><br>     -vs-<br><br>EMC MORTGAGE CORPORATION,<br><br>                    Defendants. | No. 09-CV-3106 (PAC)<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

**PLEASE TAKE NOTICE** that Edmund M. O'Toole, Esq., of Venable LLP, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020, shall appear as co-counsel for Plaintiff Syncora Guarantee Inc. in the above-captioned matter.

Dated: New York, New York
       October 12, 2010

/s/ Edmund M. O'Toole
Edmund M. O'Toole (EO-7939)
VENABLE LLP
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
(212) 307-5500
emotoole@venable.com

*Attorneys for Plaintiff Syncora Guarantee Inc.*