UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNCORA GUARANTEE INC., <br><br>     Plaintiff, <br><br> -vs- <br><br>EMC MORTGAGE CORPORATION, <br><br>     Defendants. | No. 09-CV-3106 (PAC) <br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

  **PLEASE TAKE NOTICE** that William H. Devaney, Esq., of Venable LLP, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020, shall appear as co-counsel for Plaintiff Syncora Guarantee Inc. in the above-captioned matter.

Dated: New York, New York
   October 12, 2010

              /s/ William H. Devaney
            William H. Devaney (WD-0563)
            VENABLE LLP
            1270 Avenue of the Americas, 25th Floor
            New York, New York 10020
            (212) 307-5500
            whdevaney@venable.com

            *Attorneys for Plaintiff Syncora Guarantee Inc.*