UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNCORA GUARANTEE INC.,

               Plaintiff,

-vs-

EMC MORTGAGE CORPORATION,

               Defendants.

No. 09-CV-3106 (PAC)

**NOTICE OF APPEARANCE**

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

    **PLEASE TAKE NOTICE** that Heather L. Maly, Esq., of Venable LLP, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020, shall appear as co-counsel for Plaintiff Syncora Guarantee Inc. in the above-captioned matter.

Dated: New York, New York
       October 12, 2010

                                            /s/ Heather L. Maly
                                       Heather L. Maly (HM-8214)
                                       VENABLE LLP
                                       1270 Avenue of the Americas, 25th Floor
                                       New York, New York 10020
                                       (212) 307-5500

                                       *Attorneys for Plaintiff Syncora Guarantee Inc.*