UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SYNCORA GUARANTEE INC., formerly    :
known as XL CAPITAL ASSURANCE INC.,
                                    :   Index No. 09 Civ. 3106 (PAC)
            Plaintiff,
                                    :   **NOTICE OF PLAINTIFF'S**
       - against -                      **MOTION FOR LEAVE TO AMEND**
                                    :   **THE COMPLAINT**
EMC MORTGAGE CORPORATION,
                                    :
            Defendant.
------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed Declarations of Philip R. Forlenza and accompanying exhibits, the Memorandum of Law, and all other papers, pleadings and proceedings had and filed herein, Plaintiff Syncora Guarantee Inc. will move this Court, before the Honorable Paul A. Crotty, in Courtroom 20C of the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order pursuant to Rules 15, 16 and 21 of the Federal Rules of Civil Procedure granting Plaintiff leave to file an amended complaint in the form attached as Exhibit 1 to the Declaration of Philip R. Forlenza, to (1) add Bear, Stearns & Co. Inc. (now known as J.P. Morgan Securities Inc.) as a defendant, and (2) state additional causes of action against Bear, Stearns & Co. Inc. (now known as J.P. Morgan Securities Inc.) and EMC Mortgage Corporation for fraudulent inducement and violation of the Securities Exchange Act of 1934 (including by means of fraud), against Bear, Stearns & Co. Inc. (now known as J.P. Morgan Securities Inc.) for tortious interference with contract, and against EMC Mortgage Corporation for reimbursement.

- 2 -

Dated: New York, New York
       November 22, 2010

                              PATTERSON BELKNAP WEBB & TYLER LLP

                         By:   /s/ Philip R. Forlenza
                               Philip R. Forlenza
                               Erik Haas
                               1133 Avenue of the Americas
                               New York, New York 10036-6710
                               Telephone: (212) 336-2000
                               Fax: (212) 336-2222

                               *Attorneys for Plaintiff Syncora*
                               *Guarantee Inc.*

TO:

| | |
|---|---|
| KELLEY DRYE & WARREN LLP | GREENBERG TRAURIG, LLP |
| Attorneys for Defendant EMC Mortgage Corp. | Attorneys for Defendant EMC Mortgage Corp. |
| 101 Park Avenue | 200 Park Avenue |
| New York, NY 10178 | New York, NY 10166 |
| Att'n: John M. Callagy, Esq. | Att'n: Richard A. Edlin, Esq. |
| (212) 808-7800 | (212) 801-9200 |