UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
:
:
SYNCORA GUARANTEE INC., formerly known :
as XL CAPITAL ASSURANCE INC.           :   Index No. 09 CV 3106 (PAC)
                    Plaintiff,         :   ECF Case
:
vs.                                    :
:
EMC MORTGAGE CORPORATION               :   NOTICE OF APPEARANCE
:
                    Defendant.         :
:
---------------------------------------x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that Carrie A. Syme of Patterson Belknap Webb & Tyler LLP hereby appears in the above-entitled action as counsel for Plaintiff Syncora Guarantee Inc., formerly known as XL Capital Assurance Inc., and requests that a copy of all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, NY
       December 3, 2010

                                        Respectfully submitted,

                                        By: /s/ Carrie A. Syme
                                            Carrie A. Syme
                                            PATTERSON BELKNAP WEBB &
                                            TYLER LLP
                                            1133 Avenue of the Americas
                                            New York, NY 10036-6710
                                            (212) 336-2000
                                            casyme@pbwt.com

                                        *Attorneys for Plaintiff*

To:    Richard A. Edlin
Eric N. Whitney
David J. Stone
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10155
Telephone:    (212) 801-9200
Facsimile:    212 (801-6400
EdlinR@glaw.com
WhitneyE@glaw.com
DStone@glaw.com