# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178**

(212) 808-7800

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE (212) 808-7718
EMAIL jcallagy@kelleydrye.com

December 16, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 16 DEC 2010

BY E-MAIL

The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Syncora Guarantee, Inc. v. EMC Mortgage Corporation,*
No. CV-09-3106 (PAC)

Dear Judge Crotty:

We are co-counsel to Defendant EMC Mortgage Corporation ("EMC") in this action. We write with respect to Plaintiff Syncora Guarantee, Inc.'s ("Syncora") motion for leave to file an amended complaint to request permission to submit 5 additional pages (for a total of 30 pages) for EMC's opposition memorandum of law. Syncora's proposed Amended Complaint consists of 320 paragraphs and 145 pages. The additional pages are needed in order to address the issues raised in Plaintiff's motion.

Syncora's counsel has consented to this request.

Respectfully submitted,

John M. Callagy

cc:  Richard A. Edlin, Esq. (via e-mail)
     Eric N. Whitney, Esq. (via e-mail)
     Philip R. Forlenza, Esq. (via e-mail)
     Erik Haas, Esq. (via e-mail)
     Karla Sanchez, Esq. (via e-mail)

**MEMO ENDORSED**

**Application GRANTED**

SO ORDERED:                 16 DEC 2010

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE