# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE (212) 808-7718
EMAIL: jcallagy@kelleydrye.com

December 17, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 DEC 2010

BY E-MAIL

The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Syncora Guarantee, Inc. v. EMC Mortgage Corporation,*
No. CV-09-3106 (PAC)

Dear Judge Crotty:

This firm represents Defendant EMC Mortgage Corp. ("EMC") in the above-referenced action. EMC's opposition papers are due to be filed today. We write to request a one week extension of the briefing schedule on the motion for leave to amend the Complaint of Plaintiff Syncora Guarantee, Inc. ("Syncora"). As the Court is aware, *Ambac Assurance Corp. v. EMC Mortgage Corp.*, No. 08-CV-9464 (RMB) (S.D.N.Y.) (the "*Ambac* litigation") is pending before Judge Berman. In the *Ambac* litigation, Ambac sought leave to amend its complaint on similar grounds as Syncora does in this case.

Today, on December 17, 2010, in an 85-page report and recommendation to Judge Berman, Magistrate Judge Katz denied in part and granted in part Ambac's motion for leave to amend. EMC respectfully requests a short extension of the briefing schedule in order to adequately consider and evaluate Magistrate Judge Katz's decision:

✓ EMC's opposition – was due on December 17, 2010, now due December 24, 2010;

✓ Syncora's reply – was due on January 3, 2011, now due January 12, 2011.

**MEMO ENDORSED**

17 DEC 2010

SO ORDERED

/s/ Paul A. Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**KELLEY DRYE & WARREN LLP**

Honorable Paul A. Crotty
December 17, 2010
Page Two

        Syncora's counsel consents to this revised briefing schedule.

Respectfully submitted,

John M. Callagy

cc:    Richard A. Edlin, Esq.
        Eric N. Whitney, Esq.
        Anastasia Angelova, Esq.
        Philip Forlenza, Esq.
        Erik Haas, Esq.
        Karla Sanchez, Esq.