USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10 JAN 2011

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK  10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

www.kelleydrye.com

DIRECT LINE: (212) 808-7718

EMAIL: jcallagy@kelleydrye.com

January 7, 2011

**BY E-MAIL**

The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:   *Syncora Guarantee, Inc. v. EMC Mortgage Corporation,*
> No. CV-09-3106 (PAC):
> <u>Defendant's Request for Adjournment of Oral Argument Date</u>

Dear Judge Crotty:

This firm represents Defendant EMC Mortgage Corp. ("EMC") in the above-referenced action. Pursuant to Calendar Entry dated December 21, 2010 and Your Honor's Individual Rule E, EMC respectfully requests an adjournment of oral argument on Plaintiff Syncora Guarantee, Inc.'s ("Syncora") Motions for Partial Summary Judgment and *In Limine* from February 22, 2011 to one of three proposed alternate dates: March 11, (15) or 16, 2011.

This is the first request for an adjournment of this oral argument date. Counsel for Syncora has been consulted and consents to an adjournment to one of the three proposed alternate dates.

Respectfully submitted,

John M. Callagy

cc:   Richard A. Edlin, Esq.
Eric N. Whitney, Esq.
Anastasia Angelova, Esq.
Philip Forlenza, Esq.
Erik Haas, Esq.

Application GRANTED. The oral argument is adjourned to 03/15/11 at 2:30pm in Courtroom 20C

SO ORDERED: 10 JAN 2011

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED