**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 MAY 2011

FACSIMILE
(212) 808-7897

www.kelleydrye.com

DIRECT LINE: (212) 808-7718

EMAIL: jcallagy@kelleydrye.com

May 16, 2011

**BY E-MAIL**

The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Syncora Guarantee, Inc. v. EMC Mortgage Corporation,*
No. CV-09-3106 (PAC)

Dear Judge Crotty:

This firm represents Defendant EMC Mortgage Corp. ("EMC") in the above-referenced action. We write to request a one-week extension of EMC's time to respond to Plaintiff Syncora Guarantee, Inc.'s ("Syncora") letter dated May 12, 2011 requesting a pre-motion conference. EMC's response is currently due on Tuesday, May 17, 2001. EMC requests that it be permitted to submit its response on or before Tuesday, May 24, 2011.

Syncora's counsel consents to this request, and requests that, in light of the fact that Mr. Forlenza will be starting a two-week vacation on June 4, if it is acceptable to the Court, a conference on this matter be scheduled for June 1, 2 or 3, 2011.

Respectfully submitted,

John M. Callagy

cc: Richard A. Edlin, Esq.
Eric N. Whitney, Esq.
Anastasia Angelova, Esq.
Philip Forlenza, Esq.
Erik Haas, Esq.
Matthew Shepherd, Esq.

17 MAY 2011

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED