UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :

SYNCORA GUARANTEE INC., formerly known   :
as XL CAPITAL ASSURANCE INC.                 :     **Index No.  09 CV 3106 (PAC)**
                  Plaintiff,                      :     **ECF Case**

     vs.                                          :

EMC MORTGAGE CORPORATION                  :     **NOTICE OF APPEARANCE**

                 Defendant.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that Niraj J. Parekh of Patterson Belknap Webb & Tyler LLP hereby appears in the above-entitled action as counsel for Plaintiff Syncora Guarantee Inc., formerly known as XL Capital Assurance Inc., and requests that a copy of all papers in this action be served upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated: New York, NY
       May 20, 2011

                                       Respectfully submitted,

                                       By:___/s/ Niraj J. Parekh
                                              Niraj J. Parekh
                                              PATTERSON BELKNAP WEBB &
                                              TYLER LLP
                                              1133 Avenue of the Americas
                                              New York, NY 10036-6710
                                              (212) 336-2000
                                              njparekh @pbwt.com

                                              *Attorneys for Plaintiff*

4768967v.1

To:     All Counsel of Record

4768967v.1