UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SYNCORA GUARANTEE INC., formerly known as XL CAPITAL ASSURANCE INC.

      Plaintiff,

vs.

EMC MORTGAGE CORPORATION

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Index No.  09 CV 3106 (PAC)**

**ECF Case**

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that Muhammad U. Faridi of Patterson Belknap Webb & Tyler LLP hereby appears in the above-entitled action as counsel for Plaintiff Syncora Guarantee Inc., formerly known as XL Capital Assurance Inc., and requests that a copy of all papers in this action be served upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated: New York, NY
   May 20, 2011

                Respectfully submitted,

                By:____/s/ Muhammad U. Faridi
                   Muhammad U. Faridi
                   PATTERSON BELKNAP WEBB &
                   TYLER LLP
                   1133 Avenue of the Americas
                   New York, NY 10036-6710
                   (212) 336-2000
                   mfaridi@pbwt.com

                *Attorneys for Plaintiff*

To:	All Counsel of Record

4768965v.1