UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SYNCORA GUARANTEE INC., :
formerly known as XL CAPITAL :
ASSURANCE INC., :
: 
            Plaintiff, :  Civil Action No. 09 CV 3106 (PAC)
:
:  ECF CASE
     v. :
:  **NOTICE OF APPEARANCE**
:
:
EMC MORTGAGE CORPORATION, :
:
            Defendant. :
:
---------------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for EMC Mortgage Corporation.

    I certify that I am admitted to practice in this Court.

Dated: May 26, 2011
       New York, New York

                                        /s/ Stacey R. Friedman
                                        Stacey R. Friedman
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York  10004
                                        Tel: (212) 558-4000
                                        Fax: (212) 558-3588

                                        *Attorney for Defendant EMC Mortgage*
                                        *Corporation*