UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
SYNCORA GUARANTEE INC., :
formerly known as XL CAPITAL :
ASSURANCE INC., :
: 
         Plaintiff, : Civil Action No. 09 CV 3106 (PAC)
:
: ECF CASE
    v. :
: **NOTICE OF APPEARANCE**
:
:
EMC MORTGAGE CORPORATION, :
:
         Defendant. :
:
---------------------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for EMC Mortgage Corporation.

    I certify that I am admitted to practice in this Court.


Dated: May 26, 2011
      New York, New York

                             /s/ Darrell S. Cafasso
                             Darrell S. Cafasso
                             SULLIVAN & CROMWELL LLP
                             125 Broad Street
                             New York, New York  10004
                             Tel: (212) 558-4000
                             Fax: (212) 558-3588

                             *Attorney for Defendant EMC Mortgage*
                             *Corporation*