UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SYNCORA GUARANTEE INC., :
formerly known as XL CAPITAL :
ASSURANCE INC., :
: 
          Plaintiff, : Civil Action No. 09 CV 3106 (PAC)
:
: ECF CASE
    v. :
: **NOTICE OF APPEARANCE**
:
:
EMC MORTGAGE CORPORATION, :
:
          Defendant. :
:
---------------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for EMC Mortgage Corporation.

    I certify that I am admitted to practice in this Court.


Dated: May 26, 2011
       New York, New York

                                      /s/ David A. Castleman
                                      David A. Castleman
                                      SULLIVAN & CROMWELL LLP
                                      125 Broad Street
                                      New York, New York  10004
                                      Tel: (212) 558-4000
                                      Fax: (212) 558-3588

                                      *Attorney for Defendant EMC Mortgage*
                                      *Corporation*