UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SYNCORA GUARANTEE INC., :
formerly known as XL CAPITAL :
ASSURANCE INC., :
    :
    : Civil Action No. 09 CV 3106 (PAC)
         Plaintiff, :
    : ECF CASE
    v. :
    : **NOTICE OF APPEARANCE**
    :
    :
EMC MORTGAGE CORPORATION, :
    :
         Defendant. :
    :
---------------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for EMC Mortgage Corporation.

    I certify that I am admitted to practice in this Court.


Dated: May 26, 2011
      New York, New York

                                            /s/ Steven L. Holley
                                            Steven L. Holley
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York  10004
                                            Tel: (212) 558-4000
                                            Fax: (212) 558-3588

                                            *Attorney for Defendant EMC Mortgage*
                                            *Corporation*