UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SYNCORA GUARANTEE INC., formerly known as XL CAPITAL ASSURANCE INC.,<br><br>                 Plaintiff,<br><br>     v.<br><br>EMC MORTGAGE CORPORATION,<br><br>                 Defendant. | Civil Action No. 09 CV 3106 (PAC)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for EMC Mortgage Corporation.

    I certify that I am admitted to practice in this Court.


Dated: May 26, 2011
       New York, New York

                                    /s/ Robert A. Sacks
                                    Robert A. Sacks
                                    SULLIVAN & CROMWELL LLP
                                    125 Broad Street
                                    New York, New York  10004
                                    Tel: (212) 558-4000
                                    Fax: (212) 558-3588

                                    *Attorney for Defendant EMC Mortgage*
                                    *Corporation*