AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SYNCORA GUARANTEE INC., formerly known as XL CAPITAL ASSURANCE INC., <br> *Plaintiff* <br> v. <br> EMC MORTGAGE CORPORATION <br> *Defendant* | ) ) ) ) ) ) ) | Case No. 09 Civ. 3106 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Syncora Guarantee Inc.

Date: May 31, 2011

*Attorney's signature*

Alyssa L. Vickers    av2905
*Printed name and bar number*

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
*Address*

lvickers@pbwt.com
*E-mail address*

(212) 336-2766
*Telephone number*

(212) 336-7923
*FAX number*