AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Syncora Guarantee, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:09-cv-3106 (PAC) |
| EMC Mortgage Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Syncora Guarantee Inc. f/k/a XL Capital Assurance Inc.

Date: 08/03/2011

/s/ Anthony C. DeCinque
*Attorney's signature*

Anthony C. DeCinque
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
*Address*

adecinque@pbwt.com
*E-mail address*

(212) 336-2000
*Telephone number*

(212) 336-2222
*FAX number*