UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SYNCORA GUARANTEE INC., :
formerly known as XL CAPITAL :
ASSURANCE INC., :
: 
        Plaintiff, : Civil Action No. 09 CV 3106 (PAC)
:
: ECF CASE
   v. :
: **NOTICE OF APPEARANCE**
:
:
EMC MORTGAGE CORPORATION, :
:
        Defendant. :
:
---------------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for EMC Mortgage Corporation.

    I certify that I am admitted to practice in this Court.


Dated: September 6, 2011
       New York, New York

                        /s/ Sharon L. Nelles
                        Sharon L. Nelles
                        SULLIVAN & CROMWELL LLP
                        125 Broad Street
                        New York, New York  10004
                        Tel: (212) 558-4000
                        Fax: (212) 558-3588

                        *Attorney for Defendant EMC Mortgage*
                        *Corporation*