# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

October 21, 2011

**By Email**

Matthew Shepherd
Counsel
(212) 336-2804
mjshepherd@pbwt.com

The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 24 OCT 2011

Re:   *Syncora Guarantee Inc. v. EMC Mortgage Corp.*
       **No. 09 CV 3106 (PAC) (S.D.N.Y.)**

Dear Judge Crotty:

We represent Plaintiff Syncora Guarantee Inc. ("Syncora") in the above-referenced action. We write with the consent of defendant EMC Mortgage Corp. ("EMC") with respect to the briefing schedule for Syncora's upcoming motion for partial summary judgment.

At the October 12 conference, the parties agreed that Syncora would file its motion and accompanying papers on **October 26** and its reply papers on **December 12**.

At Your Honor's direction, the parties have conferred and agreed that EMC will file its opposition to Syncora's motion on **November 22**.

In addition, the parties jointly request that Your Honor grant an extension of five pages for each of their respective submissions (for a total of 30 pages for opening and opposition briefs, and 15 pages for reply).

Respectfully submitted,

*/s/ Matthew J. Shepherd*

Matthew J. Shepherd

Attachments

cc:   Robert A. Sacks, Esq. (via e-mail)
      Eric N. Whitney, Esq. (via e-mail)
      Nicholas J. Panarella, Esq. (via e-mail)

MEMO ENDORSED

*The time extensions are granted. The request for enlargement of written submission is denied.*

SO ORDERED:   24 OCT 2011

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE