AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Syncora Guarantee, Inc. )<br>*Plaintiff* )<br>v. )<br>EMC Mortgage Corporation )<br>*Defendant* ) | Case No.  1:09-cv-3106 (PAC) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Syncora Guarantee, Inc., formerly known as XL Capital Assurance Inc.

Date:   10/27/2011

/s/ Jason Vitullo
*Attorney's signature*

Jason Vitullo 6509
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

*Address*

jvitullo@pbwt.com
*E-mail address*

(212) 336-2000
*Telephone number*

(212) 336-2222
*FAX number*