UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNCORA GUARANTEE INC., formerly known as XL CAPITAL ASSURANCE INC., <br><br> Plaintiff, <br><br> -against- <br><br> EMC MORTGAGE CORPORATION, <br><br> Defendant. | Index No. 09 Civ. 3106 (PAC) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT and ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, Seth M. Kruglak, Esq., of Greenberg Traurig, LLP, hereby appears as counsel in this case for the Defendant, EMC Mortgage Corporation, and requests that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

Dated: New York, New York
       November 3, 2011

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Seth M. Kruglak
　　　　　　　　　　　　　　　　　　　　　Seth M. Kruglak
　　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG LLP
　　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　　(212) 801-9200
　　　　　　　　　　　　　　　　　　　　　kruglaks@gtlaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for*
　　　　　　　　　　　　　　　　　　　　　*Defendant EMC Mortgage*
　　　　　　　　　　　　　　　　　　　　　*Corporation*