USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **3-14-12**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYNCORA GUARANTEE INC., formerly
known as XL CAPITAL ASSURANCE INC.,

        Plaintiff,

        -against-

EMC MORTGAGE CORPORATION,

        Defendant.

---

Civ. Action No. 09 CV 3106 (PAC)

[~~PROPOSED~~] AMENDED
SCHEDULING ORDER

PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

It is hereby ORDERED that the dates in the above-captioned proceeding set forth in the May 5, 2009 Civil Case Management Plan and Scheduling Order, the Amended Schedule Order dated January 19, 2010, the Amended Scheduling Order dated March 23, 2010, the Amended Scheduling Order dated September 13, 2010, the Amended Scheduling Order dated April 18, 2011, and the Amended Scheduling Order dated January 17, 2012 have been adjourned as follows:

1.     All fact depositions and fact discovery must be completed by April 27, 2012, except that borrower discovery may continue until 90 days prior to trial.

2.     Requests to Admit must be served by May 11, 2012.

3.     The designation of expert testimony and disclosure of expert reports as to any issue on which a party has the burden of proof ("Opening Reports") must be made by June 29, 2012.

4.     All expert reports responsive to Opening Reports ("Opposition Reports") must be disclosed by August 10, 2012.

5.     By September 7, 2012, the opening parties must disclose any reply reports rebutting specific material in the Opposition Reports ("Rebuttal Reports").

6.     All expert discovery, including depositions, must be completed by November 2, 2012.

7.     All motions for summary judgment must be served by December 7, 2012.

8.     All oppositions to summary judgment must be served by January 11, 2013.

9.     All reply briefs in support of summary judgment must be served by February 8, 2013.

10.    The parties will submit a joint pretrial order on March 6, 2013.

11.    Trial shall begin no earlier than April 17, 2013.

Dated:  New York, New York                          SO ORDERED:
        March /4, 2012

                                                    PAUL A. CROTTY
                                                    UNITED STATES DISTRICT JUDGE

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

March 14, 2012

**By E-Mail**

<div style="float:right">

Philip R. Forlenza
Partner
(212) 336-2140
Direct Fax  (212) 336-2094
prforlenza@pbwt.com

</div>

The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     **Syncora Guarantee Inc. v. EMC Mortgage Corporation**
         **Index No.  09 CV 3106 (PAC)**

Dear Judge Crotty:

We represent Plaintiff Syncora Guarantee Inc. ("Syncora") in the above-referenced action, and we write on behalf of both parties.  The parties have conferred and agreed upon a proposed revised case management schedule, subject to Your Honor's approval, as set forth in the enclosed Proposed Amended Scheduling Order.

The parties jointly request a six-week extension of the fact discovery deadline to April 27, 2012.  Though the parties have made substantial progress in completing party depositions and resolving outstanding discovery disputes, the extension is necessary so that the parties may resolve any remaining disputes and complete third-party discovery (including several depositions of third-party witnesses) and five remaining party depositions (including both parties' 30(b)(6) depositions).

Respectfully submitted,

Philip R. Forlenza
Patterson Belknap Webb & Tyler LLP
*Attorneys for Plaintiff Syncora Guarantee Inc.*

cc:     Robert Sacks, Esq.
        Eric N. Whitney, Esq.