AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SYNCORA GUARANTEE INC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:09cv3106(PAC) |
| EMC MORTGAGE CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Syncora Guarantee Inc,

Date: 03/21/2012

/s/ Melissa Ginsberg
*Attorney's signature*

Melissa R. Ginsberg
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
*Address*

mginsberg@pbwt.com
*E-mail address*

(212) 336-2000
*Telephone number*

(212) 336-2222
*FAX number*