UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SYNCORA GUARANTEE INC.,                            :
FORMERLY KNOWN AS
XL CAPITAL ASSURANCE INC.,                         :

                            Plaintiff        :       Index No. 09 Civ. 3106 (PAC)

          -against-              :       ECF Case

EMC MORTGAGE CORPORATION,            :       **MOTION TO WITHDRAW
                                          AS COUNSEL**

                       Defendant.     :
------------------------------------------------------------------x

       PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4 of the Local Rules of

the United States District Courts for the Southern and Eastern District Courts of New York, Niraj

J. Parekh, one of the attorneys for Plaintiff Syncora Guarantee Inc., formerly known as XL

Capital Assurance Inc. ("Syncora"),  in the above-captioned case, hereby moves for leave to

withdraw as counsel for Syncora because he will not be associated with the law firm of Patterson

Belknap Webb & Tyler LLP after June 29, 2012.  The remaining attorneys of record from the

law firm of Patterson Belknap Webb & Tyler LLP shall continue to represent Defendant in the

above-captioned action.


Dated: New York, New York
      June 29, 2012              Respectfully submitted,




                                   By: /s/ Niraj J. Parekh
                                   Niraj J. Parekh
                                   PATTERSON BELKNAP WEBB & TYLER LLP
                                   1133 Avenue of the Americas
                                   New York, New York 10036
                                   (212) 336-2000 phone
                                   (212) 336-2222 fax
                                 *Attorneys for Defendant*

IT IS HEREBY ORDERED that Niraj J. Parekh is withdrawn as counsel for Plaintiff Syncora Guarantee Inc., formerly known as XL Capital Assurance Inc., in the above-referenced matter.

 

_____

U.S.D.J.