```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SYNCORA GUARANTEE INC.,
FORMERLY KNOWN AS
XL CAPITAL ASSURANCE INC.,

                     Plaintiff     :    Index No. 09 Civ. 3106 (PAC)

      -against-     :    ECF Case

EMC MORTGAGE CORPORATION,    :    **MOTION TO WITHDRAW AS COUNSEL**

                     Defendant.   :
-------------------------------------------------------------x

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York, Niraj J. Parekh, one of the attorneys for Plaintiff Syncora Guarantee Inc., formerly known as XL Capital Assurance Inc. ("Syncora"), in the above-captioned case, hereby moves for leave to withdraw as counsel for Syncora because he will not be associated with the law firm of Patterson Belknap Webb & Tyler LLP after June 29, 2012. The remaining attorneys of record from the law firm of Patterson Belknap Webb & Tyler LLP shall continue to represent Defendant in the above-captioned action.

Dated: New York, New York
       June 29, 2012          Respectfully submitted,

                                     By: /s/ Niraj J. Parekh
                                     Niraj J. Parekh
                                     PATTERSON BELKNAP WEBB & TYLER LLP
                                     1133 Avenue of the Americas
                                     New York, New York 10036
                                     (212) 336-2000 phone
                                     (212) 336-2222 fax
                                     *Attorneys for Defendant*

5413371v.1   **MEMO ENDORSED**

SO ORDERED: 7-2-12

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE