**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
: 
SYNCORA GUARANTEE INC., formerly :
known as XL CAPITAL ASSURANCE INC., :
: No. 09 Civ. 3106 (PAC)
Plaintiff, :
v. :
:
EMC MORTGAGE CORPORATION, :
:
Defendant. :
------------------------------------ x

### NOTICE OF EMC MORTGAGE LLC'S
### MOTION FOR LIMITED RECONSIDERATION OF
### THE COURT'S JUNE 19, 2012 SUMMARY JUDGMENT ORDER

PLEASE TAKE NOTICE that defendant EMC Mortgage LLC (f/k/a EMC Mortgage Corporation), pursuant to S.D.N.Y. Local Civil Rule 6.3 and upon the accompanying memorandum of law, will move this Court, before the Honorable Paul A. Crotty, United States District Judge, in Courtroom 20C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order granting limited reconsideration of the Court's Opinion and Order, dated June 19, 2012, and such other relief as the Court deems just and proper.

Dated: New York, New York
July 3, 2012

Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks
Sharon L. Nelles
Darrell S. Cafasso
David A. Castleman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Fax:  (212) 558-3588

Richard A. Edlin
Eric N. Whitney
Anastasia A. Angelova
GREENBERG TAURIG, LLP
200 Park Avenue
New York, New York  10166
Telephone:  (212) 801-9200
Fax:  (212) 801-6400

*Counsel for EMC Mortgage LLC*