# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

July 12, 2012

<u>By E-Mail</u>

Philip R. Forlenza
Partner
(212) 336-2140
Direct Fax (212) 336-2094
prforlenza@pbwt.com

The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-12

Re:   <u>Syncora Guarantee Inc. v. EMC Mortgage Corporation</u>
      <u>Index No. 09 CV 3106 (PAC)</u>

Dear Judge Crotty:

We represent Plaintiff Syncora Guarantee Inc. ("Syncora") in the above-referenced action. We write on behalf of both parties with respect to the briefing schedule for EMC's Motion for Reconsideration of the Court's Summary Judgment Order.

EMC filed its motion on July 3, 2012. Under the current schedule, Syncora's opposition is due on July 17, 2012 and EMC's reply is due on July 24, 2012. To accommodate scheduling conflicts, including previously scheduled vacations, the parties respectfully request that Your Honor grant a short extension to these deadlines. The parties have jointly agreed, subject to Your Honor's approval, to the following schedule:

- Syncora's opposition will be due July 25, 2012

- EMC's reply will be due August 8, 2012

Respectfully submitted,

*Philip R. Forlenza*
Philip R. Forlenza
Patterson Belknap Webb & Tyler LLP
*Attorneys for Plaintiff Syncora Guarantee Inc.*

cc:   Robert Sacks, Esq.
      Eric N. Whitney, Esq.

**MEMO ENDORSED**

SO ORDERED: 7-17-12

*Paul Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE