## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

December 20, 2013

Via ECF

The Hon. Paul A. Crotty
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007

　　　　Re:　*Syncora Guarantee Inc. v. EMC Mortgage Corp.*, No. 09 Civ. 3106 (PAC)

Dear Judge Crotty:

　　　　Plaintiff Syncora Guarantee Inc. and defendant EMC Mortgage LLC (f/k/a EMC Mortgage Corporation) write jointly to request an amendment of the Amended Scheduling Order entered by this Court on October 21, 2013.  Specifically, the parties seek a modest extension to the entire schedule in order to facilitate the completion of ongoing expert discovery.  As the Court is aware, fact discovery in this case has been massive, and the parties required additional time for their respective experts to digest and analyze the factual record.  Although the parties believed that they would be able to exchange opening expert reports on November 22, 2013 in accordance with the current case schedule, the parties needed additional time to complete those reports and thus agreed to exchange them on December 10, 2013, with the understanding that the parties would jointly seek an appropriate amendment to the case schedule.

　　　　The parties therefore request that the Court enter the attached Proposed Amended Scheduling Order, which also reflects additional time for the parties to complete opposition expert reports.  We are available to discuss this matter at the Court's convenience should the Court have any questions.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　Darrell S. Cafasso

　　　　　　　　　　　　　　　　　　*On Behalf of Both Parties*

(Attachment)