**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SYNCORA GUARANTEE INC., formerly known as XL CAPITAL ASSURANCE INC., | : : : |
| Plaintiff, | : No. 09 Civ. 3106 (PAC) |
| v. | : : |
| EMC MORTGAGE CORPORATION, | : : |
| Defendant. | : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, and all claims asserted herein, are dismissed with prejudice, with each party to bear its own costs, including attorneys' fees.

Dated: New York, New York
       March 3, 2014

| | |
|---|---|
| By: *(signature)* Philip R. Forlenza | By: /s/ Robert A. Sacks |
| Philip R. Forlenza<br>Erik Haas<br>Matthew J. Shepherd<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, New York  10036<br>Telephone:  (212) 336-2200<br>Facsimile:  (212) 336-2222<br><br>*Counsel for Plaintiff* | Robert A. Sacks<br>Sharon L. Nelles<br>Darrell S. Cafasso<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, New York  10004<br>Telephone:  (212) 558-4000<br>Facsimile:  (212) 558-3588<br><br>Richard A. Edlin<br>Eric N. Whitney<br>Anastasia A. Angelova<br>**GREENBERG TRAURIG, LLP**<br>200 Park Avenue<br>New York, New York  10166<br>Telephone:  (212) 801-9200<br>Facsimile:  (212) 801-6400<br><br>*Counsel for Defendant* |